UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDULLAH ABDUL HAKEEM MOHAMMAD,

                        Petitioner,

          -against-

JOHN/JANE DOE,

                        Respondent.

20-CV-6732 (CM)

TRANSFER ORDER

COLLEEN McMAHON, Chief United States District Judge:

      Petitioner, currently incarcerated in Sing Sing Correctional Facility,[1] brings this *pro se* petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 challenging the constitutionality of his conviction in the New York Supreme Court, Greene County.[2] Because Petitioner was convicted and sentenced in Greene County, which is located in the Northern District of New York, this action is transferred under Local Rule 83.3 to the United States District Court for the Northern District of New York.

      The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket. The Clerk of Court is further directed to transfer this action to the United States District Court for the Northern District of New York. Whether Petitioner should be permitted to proceed further without payment of fees is a determination to be made by the transferee court. This order closes this case.

---

[1] According to the records of the New York State Department of Corrections and Community Supervision, Petitioner is currently incarcerated pursuant to a conviction for attempted murder in the second degree, for which he was sentenced to 13 years' incarceration. *See* http://nysdoccslookup.doccs.ny.gov/GCA00P00/WIQ1/WINQ000.

[2] Petitioner does not provide the date of the Greene County conviction, but he indicates that he was convicted of aggravated assault and sentenced to a term of imprisonment of 2½ to 5 years.

Because Petitioner has not at this time made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 15, 2020
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge